*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
WOODARD, HITESMAN, and KOVAC,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jose A. GALLARDO-RAMIREZ**
Airman Recruit (E-1), U.S. Navy
Appellant

**No. 201900064**

Decided: 20 June 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Jonathan T. Stephens, JAGC, USN. Sentence adjudged 5 November 2018 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 10 months, and a bad-conduct discharge.

For Appellant: Captain Scott F. Hallauer, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court